# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

129760

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARK C. NALEPKA and KIMBERLY P.
NALEPKA,
      Plaintiffs-Appellants,

v

SC: 129760
COA: 262000
Wayne CC: 03-340600-CK

JAMES HNATIO and WALDA HNATIO,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the September 15, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

Clerk

t0320